I concur in the result reached by the majority.
The trial court found R.C. 2950.09(C)(2) was unconstitutional. Paragraph one of the syllabus in State v.Cook (1998), 83 Ohio St.3d 404, only address R.C.2950.09(B)(1). Accordingly, I find the majority's relance on the syllabus as its authority for sustaining appellee/cross-appellant's assignment of error to be misplaced.
Nevertheless, I would sustain appellee/cross-appellant's assignment of error for the reason stated in State v. Leach
(March 15, 1999), Licking Appeal No. 1997CA148, unreported.
 ----------------------------- JUDGE WILLIAM B. HOFFMAN
For the reasons stated in the Memorandum-Opinion on file, the judgment of the Court of Common Pleas of Licking County, Ohio, is reversed, as it pertains to Appellee/Cross-Appellant State of Ohio's sole assignment of error. Appellant/Cross-Appellee's appeal is dismissed for failure to prosecute.
-------------------------
-------------------------
 ------------------------- JUDGES